No. 00–674.  JONES *v.* BAYER CORP.  C. A. 11th Cir.  Certiorari denied.

No. 00–689.  BOLTON, INDIVIDUALLY AND DBA MR. BOLTON'S MUSIC, INC., ET AL. *v.* THREE BOYS MUSIC CORP.  C. A. 9th Cir. Certiorari denied.

No. 00–705.  KANG *v.* LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–735.  DEXTER *v.* PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–813.  SELF-REALIZATION FELLOWSHIP CHURCH *v.* ANANDA CHURCH OF SELF-REALIZATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–816.  MONTGOMERY COUNTY ET AL. *v.* WRIGHT ET AL. C. A. 3d Cir.  Certiorari denied.

No. 00–818.  CHESTNUT RIDGE VOLUNTEER FIRE CO. ET AL. *v.* GOLDSTEIN.  C. A. 4th Cir.  Certiorari denied.

No. 00–824.  PALMER *v.* TRANSIT MANAGEMENT SOUTHEAST LOUISIANA (TMSEL) REGIONAL TRANSIT AUTHORITY ET AL. C. A. 5th Cir.  Certiorari denied.

No. 00–825.  MINDGAMES, INC. *v.* WESTERN PUBLISHING CO., INC.  C. A. 7th Cir.  Certiorari denied.

No. 00–827.  PAYNE *v.* HINDS.  C. A. 10th Cir.  Certiorari denied.

No. 00–833.  LEHTO *v.* TEXAS.  Ct. App. Tex., 8th Dist.  Certiorari denied.

No. 00–839.  RIVET ET AL. *v.* REGIONS BANK OF LOUISIANA ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 00–851.  MOORE *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.